IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02418-PSF-MJW

THE ARK INITIATIVE;
DONALD DUERR;
ALEX FORSYTHE; and
PAUL SMITH,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE; and
DALE BOSWORTH, Chief, United States Forest Service,

    Defendants.

## ORDER

This matter is before the Court on review of the case file. THE COURT ORDERS that this matter is referred to United States Magistrate Michael J. Watanabe for settlement purposes only. It is

FURTHER ORDERED that parties shall confer and jointly develop a scheduling plan to be considered at a hearing before the undersigned that shall be held on **Thursday, January 4, 2006 at 8:45 a.m.** The joint scheduling plan shall be filed no later than **Tuesday, January 2, 2006.**

DATED: December 7, 2006

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge