IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02418-PSF-MJW

THE ARK INITIATIVE;
DONALD DUERR;
ALEX FORSYTHE; and
PAUL SMITH,

      Plaintiffs,

v.

UNITED STATES FOREST SERVICE; and
DALE BOSWORTH, Chief, United States Forest Service,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

The parties' Joint Motion for Leave to Appear by Telephone (Dkt. # 6) is GRANTED.  The Court hereby ORDERS that plaintiffs' counsel, Ms. Brawer, and defendants' counsel, Ms. Li, shall be allowed to appear at the January 4, 2007 scheduling conference at 8:45 a.m. via telephone.  Counsel are DIRECTED to arrange a conference call to Chambers (303-335-2174) on a land line **(no speaker, cordless or cell phones are permitted)** at the appropriate time to be forwarded to the courtroom telephone.  The Court understands that another U.S. Department of Justice attorney will be available in person in the courtroom on behalf of the Federal Defendants.

      DATED: December 28, 2006