IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02418-PSF-MJW

THE ARK INITIATIVE;
DONALD DUERR;
ALEX FORSYTHE; and
PAUL SMITH,

   Plaintiffs,

v.

UNITED STATES FOREST SERVICE; and
DALE BOSWORTH, Chief, United States Forest Service,

   Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

  Plaintiffs' Unopposed Motion to Amend Briefing Schedule (Dkt. # 38) is GRANTED.  The Court hereby ORDERS that the briefing schedule set by the Revised Scheduling Order (Dkt. # 20) is amended as follows:

  1) Plaintiffs' opening brief shall be filed on or before March 26, 2007;
  2) Defendants' Response brief shall be filed on or before April 30, 2007;
  3) Plaintiffs' Reply Brief shall be filed on or before May 11, 2007.

  DATED:  March 19, 2007