IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02418-PSF-MJW

THE ARK INITIATIVE;
DONALD DUERR;
ALEX FORSYTHE; and
PAUL SMITH,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE; and
DALE BOSWORTH, Chief, United States Forest Service,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    The parties' Joint Motion to Amend Briefing Schedule (Dkt. # 40) is GRANTED. The Court hereby ORDERS that the briefing schedule set by the Revised Scheduling Order (Dkt. # 20), as revised on March 19, 2007 (Dkt. # 39) is amended as follows:

    1)    Plaintiffs' opening brief shall be filed on or before April 2, 2007;
    2)    Defendants' Response brief shall be filed on or before May 2, 2007;
    3)    Plaintiffs' Reply Brief shall be filed on or before May 15, 2007.

    DATED:  March 26, 2007