IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02418-PSF-MJW

THE ARK INITIATIVE;
DONALD DUERR;
ALEX FORSYTHE; and
PAUL SMITH,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE; and
DALE BOSWORTH, Chief, United States Forest Service,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Plaintiffs' Motion to Stay the Briefing Schedule (Dkt. # 48) is GRANTED.  The Court hereby ORDERS that upon resolution of Plaintiffs' Motion to Complete the Administrative Record, the parties will jointly file a proposed amended briefing schedule.

DATED: May 15, 2007