# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.** 06-cv-02418-PSF-MJW                FTR

**Date:** June 18, 2007                                 Shelley Moore, Deputy Clerk

ARK INITIATIVE, et al.,                                 Judith M. Brawer

                Plaintiff(s),

v.

U.S. FOREST SERVICE, et al.,                            Bridget K. McNeil

                Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING RE: MOTION TO COMPEL (DN 47)**

**Court in Session 8:24 a.m.**

Court calls case. Appearances of counsel. Present with Defendants' counsel are Lois G. Witte and Jim Stark.

8:25 a.m.    Ms. Brawer presents oral argument on Plaintiffs' Motion to Compel.

8:30 a.m.    Ms. McNeil presents Defendants' responsive argument.

8:39 a.m.    Ms. Brawer present rebuttal argument.

8:44 a.m.    Ms. NcNeil presents limited additional argument.

**ORDERED:**    Plaintiffs' Motion to Compel Defendants to Complete Administrative Record Motion (document 47) is taken **under advisement**.

**Court in recess 8:46 a.m.**
Total In-Court Time 0:22, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.