IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02418-PSF-MJW

THE ARK INITIATIVE;
DONALD DUERR;
ALEX FORSYTHE; and
PAUL SMITH,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE; and
ABIGAIL KIMBELL, Chief, United States Forest Service,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    The Court hereby GRANTS the parties' Joint Motion to Amend Briefing Schedule (Dkt. # 60).  The briefing schedule is hereby amended as follows: Defendants shall file the completed administrative record no later than September 21, 2007.  Plaintiffs shall file their opening brief on or before October 19, 2007; Defendants' Response brief shall be filed on or before November 16, 2007; and Plaintiffs' Reply brief shall be filed on or before December 7, 2007.

DATED:  September 10, 2007